J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs Disney
Enterprises, Inc. and Warner Bros.
Entertainment Inc.

K. Tom Kohan (SBN 225420)
tom@kohanlawfirm.com
Kohan Law Firm
445 South Figueroa Street
27th Floor
Los Angeles, CA 90071
Telephone: (310) 349-1111
Facsimile: (213) 612-7715

Attorneys for Defendants Dieter Knittel,
an individual and d/b/a Knittel Video
Entertainment, and Video Media Online

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc. and Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dieter Knittel, an individual and d/b/a Knittel Video Entertainment, Video Media Online, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV10-2330 R (MANx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Disney Enterprises, Inc. ("Disney") and Warner Bros. Entertainment Inc. ("Warner Bros.")

(collectively "Plaintiffs") and Defendants Dieter Knittel, an individual and d/b/a Knittel Video Entertainment, and Video Media Online (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.c. § 1051 *et seq.*, 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendants.

2) Plaintiffs claim that they own or control the pertinent rights in and to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively "Plaintiffs' Copyrighted Works").

3) Disney claims that it owns or controls the pertinent rights in and to the trademark SONG OF THE SOUTH (the "Disney Trademark").  (Plaintiffs' Copyrighted Works and the Disney Trademark are collectively referred to herein as "Plaintiffs' Properties.")

4) Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiffs' Properties, either directly or contributorily, in any manner, including, but not limited to, manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically from:

      i)      Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

      ii)     Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

      iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs;

      iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs; and

b)    Registering or maintaining any domain name which incorporates any of Plaintiffs' Properties, either whole or in part.

6)    Each side shall bear its own fees and costs of suit.

7)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8)     This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11)    The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

12) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: November 30, 2010

_____
Hon. Manuel L. Real
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
     J. Andrew Coombs
     Nicole L. Drey
Attorneys for Plaintiffs Disney Enterprises, Inc. and Warner Bros. Entertainment Inc.

Kohan Law Firm

By: _____
     K. Tom Kohan
Attorney for Defendants Dieter Knittel, an individual and d/b/a Knittel Video Entertainment, and Video Media Online

# EXHIBIT A

| Titles | Copyright Registration Numbers | Rights Owner |
|---|---|---|
| Dr. Syn alias the scarecrow | RE 571-202; RE 571-203; RE 571-204 | Disney Enterprises, Inc. |
| Tinker Bell (DVD 2008) | PA 1-611-943 | Disney Enterprises, Inc. |
| So Dear To My Heart | R 613-358 | Disney Enterprises, Inc. |
| Song of the South | R557-922 | Disney Enterprises, Inc. |
| Treasure Island (referencing Bobby Driscol) | R 665-895 | Disney Enterprises, Inc. |
| The Devils | RE 810-510 | Warner Bros. Entertainment Inc. |
| Get Smart Season1-5 | Compilation PA 424-152 (ep. no. 1) | Warner Bros. Entertainment Inc. |
| Hollywood Wives | PA 419-079 | Warner Bros. Entertainment Inc. |
| North & South 1,2,3 dvd | COMPILATION PA 294-262 (ep. no. 1) | Warner Bros. Entertainment Inc. |
| The Pirate | PA 38366-Pt. 1 PA 38367-Pt. 2 | Warner Bros. Entertainment Inc. |
| All Mine to Give | RE 244-571 | Warner Bros. Entertainment Inc. |
| Dont be afraid of the dark | PA 109-555 | Warner Bros. Entertainment Inc. |
| Jump into Hell | RE 163-875 | Warner Bros. Entertainment Inc. |
| Natural Born Killers | PA 732-439 | Warner Bros. Entertainment Inc. |
| The Exorcist (The Version You've Never Seen) | PA 1-117-304 | Warner Bros. Entertainment Inc. |
| The Great Waltz | 1938: R372739 1972: RE 828-308 | Warner Bros. Entertainment Inc. |
| The Twilight Zone DVD Set | PA 1-205-566 (ep. no. 101) | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Charleys Tante (Charley's Aunt) | R211-976 (1931) | Warner Bros. Entertainment Inc. |
| DREAM WEST TV MINISERIES | PA 295-983 | Warner Bros. Entertainment Inc. |
| Jump Into Hell | RE 163-875 (1955; WB) | Warner Bros. Entertainment Inc. |
| Kongo | R 243-750 (1932; MGM) | Warner Bros. Entertainment Inc. |
| The Great Waltz VHS Video | 1938: R 372-739 1972: RE 828-308 | Warner Bros. Entertainment Inc. |
| The Hellstrom Chronicle | PA 276-942 | Warner Bros. Entertainment Inc. |
| Welcome Back Kotter All 4 TV season | PA 41-797 (Pilot ep.) | Warner Bros. Entertainment Inc. |